Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 AUG 20 AM 9:55

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE: JAMES ZOANI | Case No. 03M-32950 |
| | Chapter 13 |
| | Judge R. KIMBALL MOSIER |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| BAMK OF AMERICA<br>PO BOX 60069<br>CITY OF INDUSTRY, CA 91716 | $ 1,757.09 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $1,757.09 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this _19_ day of _August_, 2010

KEVIN R. ANDERSON
Chapter 13 Trustee



## CERTIFICATE OF MAILING

    I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the _____ day of _____, 2010 to the following parties at the addresses listed below:

JAMES ZOANI
2951 ROPNER CIRCLE
MAGNA UT  84044

DAVIS & JONES
180 EAST 2100 SOUTH, SUITE 102
SALT LAKE CITY, UT  84115

_____
Employee of Office of
Chapter 13 Trustee

Page 2
Case No. 03M-32950
Deposit of Unclaimed Funds
Prepared by: KC   (fg #156)